UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JACQUES DURAND,

        Defendant.

- - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. 15-M-881

      Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           September 16, 2015

                                              HONORABLE ROANNE L. MANN
                                              UNITED STATES MAGISTRATE JUDGE
                                              EASTERN DISTRICT OF NEW YORK